CLOSED,A/R

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CRIMINAL DOCKET FOR CASE #: 5:13-cr-00602-LS-1

| | |
|---|---|
| Case title: USA v. HAMDAN et al | Date Filed: 10/31/2013 |
| | Date Terminated: 09/22/2015 |

Assigned to: HONORABLE LAWRENCE F. STENGEL

### Defendant (1)

**MOHAMMAD HAMDAN**
*TERMINATED: 09/22/2015*
also known as
ALEX HAMDAN
*TERMINATED: 09/22/2015*

represented by **MARK T. WILSON**
DEFENDER ASSOCIATION OF PHILADELPHIA
SUITE 540 W, THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106
215-928-1100
Fax: 215-928-1112
Email: mark_wilson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**JONATHAN SUSSMAN**
FEDERAL COMMUNITY PUBLIC DEFENDER - ED-PA
601 WALNUT ST STE 540W
PHILADELPHIA, PA 19106
702-994-7350
*TERMINATED: 01/28/2014*
Designation: Public Defender or Community Defender Appointment

### Pending Counts

18:1951 CONSPRIACY TO COMMIT EXTORTION
(1)

18:1951 EXTORTION; 18:2 AIDING AND ABETTING
(2)

### Disposition

IMPRISONMENT: TIME SERVED, SUPERVISED RELEASE: 3 YEARS, SPECIAL ASSESSMENT: $200, RESTITUTION: $7500

IMPRISONMENT: TIME SERVED, SUPERVISED RELEASE: 3 YEARS,

SPECIAL ASSESSMENT: $200,
RESTITUTION: $7500

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **LINWOOD C. WRIGHT , JR.**<br>UNITED STATES ATTORNEY'S OFFICE<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILADELPHIA, PA 19106<br>215-861-8512<br>Email: l.c.wright@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2013 | 1 | SEALED INDICTMENT as to MOHAMMAD HAMDAN (1) count(s) 1, 2, MOHAMMAD SABBAR (2) count(s) 1, 2. (tjsl, ) (Additional attachment(s) added on 12/11/2013: # 1 Designation Form) (ap, ). (Entered: 11/01/2013) |
| 10/31/2013 | 2 | MOTION AND ORDER TO SEAL INDICTMENT AS TO MOHAMMAD HAMDAN, MOHAMMAD SABBAR.. Signed by MAGISTRATE JUDGE ELIZABETH T. HEY on 10/31/13.11/1/13 Entered and Copies E-Mailed. (tjsl, ) (ap, ). (Entered: 11/01/2013) |
| 10/31/2013 | 3 | MOTION AND ORDER FOR ISSUANCE OF BENCH WARRANT AS TO MOHAMMAD HAMDAN. Signed by MAGISTRATE JUDGE ELIZABETH T. HEY on 10/31/13.11/1/13 Entered and Copies E-Mailed. (tjsl, ) (ap, ). (Entered: 11/01/2013) |
| 12/11/2013 | 5 | Letter from AUSA Unsealing Indictment as to MOHAMMAD HAMDAN, MOHAMMAD SABBAR (ap, ) (Entered: 12/11/2013) |

| | | |
|---|---|---|
| 12/11/2013 | | ***INDICTMENT UNSEALED as to MOHAMMAD HAMDAN, MOHAMMAD SABBAR (ap, ) (Entered: 12/11/2013) |
| 12/11/2013 | 6 | Minute Entry for proceedings held before MAGISTRATE JUDGE HENRY S. PERKIN: Initial Appearance/Appointment of Counsel as to MOHAMMAD HAMDAN held on 12/11/2013. THe Government's motion for temporary detention is granted. A detention hearing and Arraignment are set for 12/13/2013 at 01:30 PM. Court Reporter ESR.(ap, ) (Entered: 12/12/2013) |
| 12/12/2013 | 7 | MOTION for PRETRIAL DETENTION by USA as to MOHAMMAD HAMDAN. (cmc, ) Modified on 12/13/2013 (nd, ). (Entered: 12/13/2013) |
| 12/13/2013 | 8 | Minute Entry for proceedings held before MAGISTRATE JUDGE HENRY S. PERKIN: Arraignment/Pretrial Detention as to MOHAMMAD HAMDAN (1) Count 1,2 held on 12/13/2013. After 30 minutes of argument on Pretrial detention, defense requested a continued to 12/18/2013 at 01:30 PM to provide more evidence. Judge Perkin granted that request and ordered defendant held in the custody of the US Marshal until that time. Plea entered by MOHAMMAD HAMDAN Not Guilty on all counts. Counsel have 14 days to file pretrial motions. Court Reporter ESR.(ap, ) (Entered: 12/13/2013) |
| 12/20/2013 | 13 | Minute Entry for proceedings held before MAGISTRATE JUDGE ELIZABETH T. HEY: Pretrial Detention Hearing as to MOHAMMAD HAMDAN held on 12/18/2013. The Government's Motion for pretrial detention is denied. THe court finds that the attached conditions of release will reasonably assure the defendant's appearance in court and the safety of the community. Court Reporter ESR.(ap, ) (Entered: 12/23/2013) |
| 12/20/2013 | 14 | ORDER SETTING CONDITIONS OF RELEASE AS TO MOHAMMAD HAMDAN (1) THAT THE DEFENDANT IS RELEASED IN THE AMOUNT OF $50,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE ELIZABETH T. HEY on 12/18/2013.12/23/2013 Entered and Copies E-Mailed. (ap, ) (Entered: 12/23/2013) |
| 12/20/2013 | 15 | ORDER AS TO MOHAMMAD HAMDAN THAT THE RELEASE ORDER OF 12/18 IS MODIFIED TO PERMIT THE DEFENDANT TO BE RELEASED IN THIS DISTRICT WITH THE CONDITION THAT HE TRAVEL DIRECTLY TO HIS HOME IN NORTH CAROLINA AND PRESENT HIMSELF TO THE PRETRIAL SERVICES OFFICE IN THE EASTERN DISTRICT NO LATER THAN 5 PM ON 12/23/2013. Signed by MAGISTRATE JUDGE ELIZABETH T. HEY on 12/20/2013.12/23/2013 Entered and Copies E-Mailed. (ap, ) (Entered: 12/23/2013) |
| 12/20/2013 | | O/R Bond Entered as to MOHAMMAD HAMDAN in amount of $ 50,000, (ap, ) (Entered: 12/23/2013) |
| 12/27/2013 | 17 | NOTICE Regarding United States Passport for Criminal Defendant as to MOHAMMAD HAMDAN (ke) (Entered: 12/27/2013) |
| 12/27/2013 | 18 | NOTICE OF ATTORNEY APPEARANCE JONATHAN SUSSMAN appearing for MOHAMMAD HAMDAN *and Withdrawal of Appearance* |

| | | |
|---|---|---|
| | | *(Felicia Sarner) with a Certificate of Service* (SUSSMAN, JONATHAN) (Entered: 12/27/2013) |
| 01/03/2014 | 19 | MOTION for Extension of Time to File by MOHAMMAD SABBAR as to MOHAMMAD SABBAR, CERTIFICATE OF SERVICE. (COOPER, BENJAMIN) Modified on 1/6/2014 (ke, ). (Entered: 01/03/2014) |
| 01/07/2014 | 20 | MOTION for Extension of Time to File *Pretrial Motions (Unopposed), Order with a Certificate of Service* by MOHAMMAD HAMDAN. (SUSSMAN, JONATHAN) (Entered: 01/07/2014) |
| 01/08/2014 | 21 | MOTION to Modify *Bail Conditions (Unopposed), Order with a Certificate of Service* by MOHAMMAD HAMDAN. (SUSSMAN, JONATHAN) (Entered: 01/08/2014) |
| 01/08/2014 | 22 | ORDER as to MOHAMMAD HAMDAN (1) THAT THE 20 MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS IS GRANTED. THE PRETRIAL MOTIONS IN THE ABOVE-CAPTIONED MATTER SHALL BE FILED AT LEAST 30 DAYS BEFORE TRIAL; RESPONSES TO THE MOTION ARE DUE TWO WEEKS THEREAFTER. Signed by HONORABLE LAWRENCE F. STENGEL on 1/8/2014.1/8/2014 ENTERED AND COPIES E-MAILED.(ap, ) (Entered: 01/08/2014) |
| 01/10/2014 | 23 | ORDER as to MOHAMMAD HAMDAN (1) THAT THE DEFENDANT'S BAIL CONDITIONS SHALL BE MODIFIED AS TO HIS CHANGE OF RESIDENCE. IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL BE PERMITTED TO RESIDE AT 4226 MILL VILLAGE ROAD, APARTMENT 4226, RALEIGH, NC 27612. ALL OTHER CONDITIONS SHALL REMAIN IN EFFECT. Signed by HONORABLE LAWRENCE F. STENGEL on 1/9/2014.1/10/2014 ENTERED AND COPIES E-MAILED.(ap, ) (Entered: 01/10/2014) |
| 01/23/2014 | 25 | NOTICE OF HEARING as to MOHAMMAD HAMDAN, MOHAMMAD SABBAR JURY TRIAL SET FOR TUESDAY, 2/18/2014 AT 9:30 AM IN COURTROOM 3B, 3RD FLOOR BEFORE THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 01/23/2014) |
| 01/28/2014 | 26 | NOTICE OF ATTORNEY APPEARANCE MARK T. WILSON appearing for MOHAMMAD HAMDAN *and Withdrawal of Appearance (Jonathan Sussman) with a Certificate of Service* (WILSON, MARK) (Entered: 01/28/2014) |
| 02/10/2014 | 27 | MOTION FOR CONTINUANCE of TRIAL PURSUANT TO 18 U.S.C. § 3161 (h)(7)(A) (Unopposed), proposed order and certificate of service, by USA as to MOHAMMAD HAMDAN, MOHAMMAD SABBAR. (WRIGHT, LINWOOD) (Entered: 02/10/2014) |
| 02/12/2014 | 28 | ORDER as to MOHAMMAD HAMDAN (1), MOHAMMAD SABBAR (2) THAT PURSUANT TO 18:3161(h)(8), THE 27 MOTION FOR CONTINUANCE IS GRANTED. IT IS FURTHER ORDERED THAT TRIAL SHALL COMMENCE ON 6/9/2014. Signed by HONORABLE LAWRENCE F. STENGEL on 2/12/2014.2/12/2014 ENTERED AND COPIES E-MAILED. (ap, ) (Entered: 02/12/2014) |
| | | |

| | | |
|---|---|---|
| 03/13/2014 | 29 | Second MOTION to Modify Conditions of Release by MOHAMMAD HAMDAN. (WILSON, MARK) (Entered: 03/13/2014) |
| 03/24/2014 | 30 | RESPONSE in Opposition re 29 Second MOTION to Modify Conditions of Release , *proposed order and certificate of service,* filed by USA (WRIGHT, LINWOOD) (Entered: 03/24/2014) |
| 04/18/2014 | 34 | NOTICE OF HEARING as to MOHAMMAD HAMDAN MOTION HEARING SET FOR MONDAY, 4/28/2014 AT 11:00 AM IN COURTROOM 3B, 3RD FLOOR BEFORE THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 04/18/2014) |
| 04/25/2014 | 36 | ARREST Warrant Returned Executed on 12/11/2013. in case as to MOHAMMAD HAMDAN. (ap, ) (Entered: 04/25/2014) |
| 04/29/2014 | 38 | RESCHEDULED NOTICE OF HEARING as to MOHAMMAD HAMDANHearing on Motion to Modify Bail Conditions set for Monday, 5/5/2014 at 1:00 PM in COURTROOM 3B, 3rd floor before THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 04/29/2014) |
| 04/29/2014 | 39 | NOTICE OF HEARING as to MOHAMMAD HAMDAN, MOHAMMAD SABBAR JURY TRIAL SET FOR MONDAY, 6/9/2014 AT 9:30 AM IN COURTROOM 3B, 3RD FLOOR BEFORE THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 04/29/2014) |
| 04/29/2014 | | ***Terminate Deadlines and Hearings as to MOHAMMAD HAMDAN: (ap, ) (Entered: 05/06/2014) |
| 05/06/2014 | 40 | Minute Entry for proceedings held before HONORABLE LAWRENCE F. STENGEL: Hearing on Modification of Conditions of Pretrial Release as to MOHAMMAD HAMDAN held on 5/5/2014. Counsel addressed the Court. Pretrial Services officer addressed the Court. Court granted the defendant's motion to modify his conditions of supervised release with special conditions. Court Reporter ESR.(ap, ) (Entered: 05/06/2014) |
| 05/06/2014 | 41 | ORDER AS TO MOHAMMAD HAMDAN THAT THE DEFENDANT'S CONDITIONS OF PRE-TRIAL RELEASE SHALL BE MODIFIED TO INCLUDE THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by HONORABLE LAWRENCE F. STENGEL on 5/5/2014.5/6/2014 Entered and Copies E-Mailed. (ap, ) (Entered: 05/06/2014) |
| 07/30/2014 | 43 | ORDER AS TO MOHAMMAD HAMDAN, MOHAMMAD SABBAR THAT PURSUANT TO 18:3161(h)(8), TRIAL BE CONTINUED. TRIAL SHALL COMMENCE ON MONDAY, NOVERMBER 12, 2014. Signed by HONORABLE MICHAEL M. BAYLSON on 7/29/14.7/30/14 Entered and Copies E-Mailed. (mac, ) (Entered: 07/30/2014) |
| 10/14/2014 | 45 | NOTICE OF HEARING as to MOHAMMAD HAMDAN, MOHAMMAD SABBAR JURY TRIAL SET FOR MONDAY, 11/10/2014 AT 9:30 AM IN COURTROOM 3B, 3RD FLOOR BEFORE THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 10/14/2014) |
| 11/05/2014 | 46 | NOTICE OF HEARING as to MOHAMMAD HAMDAN Plea Agreement Hearing set for Monday, 11/10/2014 at 10:00 AM in COURTROOM 3B, 3rd |

| | | |
|---|---|---|
| | | floor before THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 11/05/2014) |
| 11/10/2014 | 50 | Minute Entry for proceedings held before HONORABLE LAWRENCE F. STENGEL: Change of Plea Hearing as to MOHAMMAD HAMDAN held on 11/10/2014. Defendant sworn. Rule 11 colloquy. Plea entered as to MOHAMMAD HAMDAN (1) Guilty Count 1,2. Court accepts plea. Presentence report ordered. Sentencing set for 2/9/2015. Conditions of bail status modified.Court Reporter L BUENZLE.(ap, ) (Entered: 11/10/2014) |
| 11/13/2014 | 51 | ORDER AS TO MOHAMMAD HAMDAN THAT THE CLERK OF THE US DISTRICT COURT FOR THE ED OF PA OR THE CLERK OF THE USDC FOR THE ED OF NC SHALL RETURN THE PASSPORT OF MOHAMMED HAMDAN TO HIM. Signed by HONORABLE LAWRENCE F. STENGEL on 11/13/2014.11/14/2014 Entered and Copies E-Mailed. (ap, ) (Entered: 11/14/2014) |
| 11/19/2014 | 52 | ORDER AS TO MOHAMMAD HAMDAN THAT THE RELEASE CONDITIONS ORIGINALLY IMPOSED ON 12/18/2014 AND MODIFIED ON 1/9/2014 AND ON 5/5/2014 ARE MODIFIED AGAIN, SO THAT THE CONDITION THAT MR. HAMDAN SUBMIT TO ELECTRONIC MONITORING IS REMOVED, AND THE TRAVEL RESTRICTIONS ARE AMENDED TO PERMIT MR. HAMDAN TO TRAVEL OUT OF THE UNITED STATES FOR THE SOLE PURPOSE OF VISITING HIS FAMILY IN THE WEST BANK OF ISRAEL WITH PRIOR NOTIFICATIONS TO HIS SUPERVISING PRETRIAL SERVICES OFFICE OF HIS ITINERARY. THE RELEASE CONDITION THAT HE SURRENDER HIS PASSPORT WILL ALSO BE WITHDRAWN AND BY SEPERATE ORDER HIS PASSPORT SHALL BE RETURNED TO HIM. ALL OTHER PREVIOUSLY IMPOSED CONDITIONS SHALL REMAIN IN FORCE. Signed by HONORABLE LAWRENCE F. STENGEL on 11/17/2014.11/19/2014 Entered and Copies E-Mailed. (ap, ) (Entered: 11/19/2014) |
| 02/02/2015 | 53 | NOTICE OF HEARING as to MOHAMMAD HAMDAN Sentencing set for Monday, 2/9/2015 at 10:00 AM in COURTROOM 3B, 3rd floor before THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 02/02/2015) |
| 08/20/2015 | 62 | NOTICE OF HEARING as to MOHAMMAD HAMDAN Sentencing set for Wednesday, 9/9/2015 at 2:00 PM in COURTROOM 3B, 3rd floor before THE HONORABLE LAWRENCE F. STENGEL. (llb) (Entered: 08/20/2015) |
| 09/02/2015 | 63 | SENTENCING DOCUMENT, CERTIFICATE OF SERVICE, as to MOHAMMAD HAMDAN (WRIGHT, LINWOOD) (Entered: 09/02/2015) |
| 09/08/2015 | 64 | SENTENCING MEMORANDUM by MOHAMMAD HAMDAN (WILSON, MARK) (Entered: 09/08/2015) |
| 09/09/2015 | 65 | Minute Entry for proceedings held before HONORABLE LAWRENCE F. STENGEL RE:Sentencing held on 9/9/2015 for MOHAMMAD HAMDAN, Count(s) 1, 2, IMPRISONMENT: TIME SERVED, SUPERVISED RELEASE: 3 YEARS, SPECIAL ASSESSMENT: $200, RESTITUTION: $7300. THE DEFT IS ADVISED OF HIS APPEAL RIGHTS.Court Reporter ESR.(kk, ) |

| | | |
|---|---|---|
| | | (kk, ). Modified on 9/23/2015 (kk, ). (Main Document 65 replaced on 9/23/2015) (kk, ). (Main Document 65 replaced on 9/23/2015) (kk, ). (Entered: 09/10/2015) |
| 09/22/2015 | 66 | JUDGMENT AS TO MOHAMMAD HAMDAN (1), Count(s) 1, 2, IMPRISONMENT: TIME SERVED, SUPERVISED RELEASE: 3 YEARS, SPECIAL ASSESSMENT: $200, RESTITUTION: $7300. Signed by HONORABLE LAWRENCE F. STENGEL on 9/21/2015.9/22/2015 Entered and Copies Mailed and E-Mailed by Chambers. (kk, ) Modified on 9/23/2015 (ke, ). (Entered: 09/22/2015) |
| 09/01/2016 | 67 | Probation Jurisdiction Transferred to EASTERN DISTRICT OF NORTH CAROLINA as to MOHAMMAD HAMDAN Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (kk, ) (Entered: 09/01/2016) |
| 09/06/2016 | | ***Transfer as to MOHAMMAD HAMDAN to the Eastern District of North Carolina. (eibo, ) (Entered: 09/06/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2016 15:13:55 | | | |
| **PACER Login:** | us3807:2653187:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:13-cr-00602-LS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |